Irwin Trester, South Pasadena, Cal., for appellant.

Stan Pitkin, U. S. Atty., Jerald E. Olson, Asst. U. S. Atty., Seattle, Wash., for appellee.

Before CHAMBERS and MERRILL, Circuit Judges, and TAYLOR, District Judge.

PER CURIAM:

The judgment of conviction is affirmed in this bank robbery case.

A Miranda point is made (Miranda v. Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694). The facts here fall within our United States v. Hilliker, 9 Cir., 436 F.2d 101, decided December 11, 1970.

We find the assertion of inadequate representation to be without substance. It appears to have been quite competent, and the objections now are those of second guessing.

The length of the sentence is attacked and it is asserted there was obvious prejudice of the court. We cannot accept the validity of the assertion and we cannot review sentence.

General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Abigail Cooley Baskir, Ira Morton Goldberg, Attys., N. L.R.B., Washington, D. C., on the brief, for petitioner.

Irwin H. Cutler, Jr., Louisville, Ky., Charles R. Isenberg, Irwin H. Cutler, Jr., Louisville, Ky., on the brief, for respondent.

Before PHILLIPS, Chief Judge, and CELEBREZZE and PECK, Circuit Judges.

ORDER.

Upon due consideration of the briefs and arguments of counsel, and the record, the Court is of the belief that the order of the Board, reported at 178 N.L. R.B. No. 61, is supported by substantial evidence and otherwise in accordance with the law.

It is therefore ordered that said order be, and it is hereby, enforced, and the Respondent's petition to review is denied.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

UNITED ASSOCIATION OF JOURNEY-MEN AND APPRENTICES OF the PLUMBING AND PIPEFITTING INDUSTRY OF the UNITED STATES AND CANADA, LOCAL 633, AFL-CIO, Respondent.

No. 20493.

United States Court of Appeals, Sixth Circuit.

Feb. 16, 1971.

Avrum Goldberg, N.L.R.B., Washington, D. C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate

UNITED STATES of America

v.

Ralph GINZBURG, Documentary Books, Inc., Eros Magazine, Inc., Liaison News Letter, Inc.,

Ralph Ginzburg, Appellant.

No. 19090.

United States Court of Appeals, Third Circuit.

Argued Jan. 28, 1971.

Decided Feb. 2, 1971.

Rehearing Denied March 30, 1971.